**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE: Tisha Cox
Debtor(s)

Case No.: 13-70818
Judge:
Chapter: 13

OCT 01 2013 PM 02:41

REGINA THOMAS, DEPUTY CLERK
FILED IN CLERK'S OFFICE U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA

I'm Requesting an extension for the payment of $175.00 because I have been unable to work due to a recent paralyzation of my right arm. I wish to pay this amount by Oct 25th.

Date: 10/1/13
Signature: Tisha L Cox
Printed Name: Tisha L. Cox
Address: 2738 Suwannee Way
Marietta Georgia 30067
Phone No.: 864-263-6398